In the Matter of the Application of ABRAHAM H. COHEN, Respondent.
ISADORE GLAUBERMAN, Appellant.

(Argued May 20, 1935; decided June 4, 1935.)

*Isadore Glauberman,* in person, and *Theodore Berger* for appellant.

*Harry Yarm* and *Benjamin H. Wicksel* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. FINCH, J., taking no part.